1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           CV 08    2081
11                                     Case No.
               Plaintiff,
12
           v.                          COMPLAINT
13                                     (Student Loan\Debt Collection Case)
   DARRYL D. EWING aka DARRYL EWING
14 aka DARRYL EWING EWING aka
   EWING DARRYL DARRYL aka
15 DARRYL D. THOMAS,

16             Defendant(s).
   _____/
17     Plaintiff, through its attorney, alleges:

18 1.Jurisdiction:  The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

19 2.Defendant resides in the Northern District of California.

20                       **FIRST CAUSE OF ACTION**

21 3.Defendant owes plaintiff $1,643.49, plus additional interest and costs according to the

22 Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

23                       **SECOND CAUSE OF ACTION**

24 4.Defendant owes plaintiff $1,244.14, plus additional interest and costs according to the

25 Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit B.

26 WHEREFORE, plaintiff demands judgment against defendant for the sum of $2,887.63,

27 additional interest to the date of judgment, attorney's fees in the amount of 33% of the

28 debt, and court costs.

   Date: April 18, 2008
                                        _____
                                        MICHAEL COSENTINO
                                        Attorney for the Plaintiff, United States of America

## U. S. DEPARTMENT OF EDUCATION
### SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 of 2

> Darryl D. Ewing
> aka: Darryl Ewing,
> Darryl Ewing Ewing,
> Ewing Darryl Darryl,
> Darryl D. Thomas
> 1412 Kavanaugh Dr.
> E. Palo Alto, CA 94303-1130
> Account No:       7059

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 12/04/06.

On or about 01/04/90, the borrower executed promissory note(s) to secure loan(s) of $3,301.00, from Educaid/Trans World Insurance Co. (Sacramento, CA) at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by Higher Education Assistance Foundation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11/20/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $1,931.95 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 07/20/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $379.27 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $1,643.49 |
| Interest: | $1,410.66 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 12/04/06: | $3,054.15 |

Interest accrues on the principal shown here at the current rate of 8.49% and a daily rate of $0.38 through June 30, 2007, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/06        Name: [signature]
                             Title: Loan Analyst / Francisco
                             Branch: Litigation Senior Loan Analyst

**EXHIBIT A**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #2 of 2**

Darryl D. Ewing
aka: Darryl Ewing,
Darryl Ewing Ewing,
Ewing Darryl Darryl,
Darryl D. Thomas
1412 Kavanaugh Dr.
E. Palo Alto, CA 94303-1130
Account No:       7059

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 12/04/06.

On or about 01/04/90, the borrower executed promissory note(s) to secure loan(s) of $2,625.00, from Educaid/Trans World Insurance Co. (Sacramento, CA) at 8.00 percent interest per annum. This loan obligation was guaranteed by Higher Education Assistance Foundation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $1,433.36 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11/20/91, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $1,273.86 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 12/08/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $297.50 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $1,244.14 |
| Interest: | $1,280.79 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 12/04/06: | $2,524.93 |

Interest accrues on the principal shown here at the rate of $0.27 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/06        Name: _____
                             Title: Alberto Francisco
                             Branch: Loan Analyst / Senior Loan Analyst
                             Litigation

**EXHIBIT B**