```
MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Tel:  510-523-4702

Attorney for the Plaintiff
United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DARRYL D. EWING aka DARRYL EWING aka DARRYL EWING EWING aka EWING DARRYL DARRYL aka DARRYL D. THOMAS<br><br>          Defendant(s). | Case No. CV 08-2081 SLM<br><br>DISMISSAL WITHOUT PREJUDICE<br>Rule 41(a) FRCP |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, you are hereby authorized and directed to enter herein a Dismissal Without Prejudice.

Dated: July 11, 2008

                                                  S/S
                                         MICHAEL COSENTINO
                                         Attorney for the Plaintiff
                                         United States of America